ANGLO-CONTINENTALE TREUHAND, A. G., v. SOUTHERN PACIFIC COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

ELOISE LIEBLICH, as Committee of the Person and Property of ETHEL LOIS MCCLEERY TROSTLER, an Incompetent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FELIX DE SANTIS v. SAMUEL B. BURK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

IDA K. AUERBACH v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

IRVING A. RUBIN, Suing on Behalf of Himself and All Other Persons Similarly Situated Holding Both Life Insurance Policies and Total and Permanent Disability Contracts Issued by the Defendant METROPOLITAN LIFE INSURANCE COMPANY, v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LEON E. WILLIAMS v. GEORGE HULING.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

KOLYNOS SALES CORPORATION v. LAUBE-INTERSTATE, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOSEPH CANEPA v. " JOHN DOE," as President, and " RICHARD ROE," as Treasurer, of SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL No. 137, and Others.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See *ante*, p. 802.] Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHN STEPHENSON v. CAROLYN STEPHENSON.— Motion for leave to appeal to the Court of Appeals or for a reargument and for resettlement and a stay denied. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ARTHUR J. MORGAN, a Holder of Investments in a Certain Mortgage Covering Premises 520 8th Avenue, Borough of Manhattan, City of New York, etc. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, etc. MORTGAGE COMMISSION OF THE STATE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL L. ISRAEL v. NEVILLE G. HART and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.